1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DUDLEY JACKLINE,

11            Plaintiff,                        No. CIV S-06-1298 LKK PAN P

12        vs.

13    ROSANNE CAMPBELL, et al.,

14            Defendants.              ORDER

15    _____/

16            Plaintiff, proceeding in propria persona, filed the instant civil rights complaint

17    under 42 U.S.C. § 1983 on June 13, 2006.  However, on June 12, 2006, plaintiff filed an ex parte

18    motion for temporary restraining order which was opened as a new civil rights action, CIV S-06-

19    1282 MCE DAD P.[1]  Good cause appearing, the Clerk of the Court will be directed to remove

20    the complaint from the instant action and file it in the earlier-filed action, CIV S-06-1282 MCE

21    DAD P, and terminate this action.

22    /////

23    /////

24    /////

25    _____

26        [1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman,
      803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The Clerk of the Court shall remove the complaint from the instant action and

3    file it in CIV S-06-1282 MCE DAD P; and

4         2.  The Clerk of the Court is directed to terminate this action.

5    DATED:  June 14, 2006.

6

7    UNITED STATES MAGISTRATE JUDGE

8

9    /001; jack1298.23

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2