IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUDLEY JACKLINE,

    Plaintiff,                      No. CIV S-06-1298 LKK PAN P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, proceeding in propria persona, filed the instant civil rights complaint under 42 U.S.C. § 1983 on June 13, 2006.  However, on June 12, 2006, plaintiff filed an ex parte motion for temporary restraining order which was opened as a new civil rights action, CIV S-06-1282 MCE DAD P.[1]  Good cause appearing, the Clerk of the Court will be directed to remove the complaint from the instant action and file it in the earlier-filed action, CIV S-06-1282 MCE DAD P, and terminate this action.

/////

/////

/////

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The Clerk of the Court shall remove the complaint from the instant action and
3  file it in CIV S-06-1282 MCE DAD P; and
4  2. The Clerk of the Court is directed to terminate this action.
5  DATED: June 14, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; jack1298.23

2